AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Middle__ District of __Northern Division__

Bernice Brownfield

V.

GUIDANT CORPORATION AND GUIDANT SALES CORPORATION

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:07cv118-WHA

TO: (Name and address of Defendant)

Guidant Corporation
c/o CSC LAWYERS INCORPORATING SVC INC
150 SOUTH PERRY ST
MONTGOMERY, AL 36104

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Kathryn S. Harrington
Hollis & Wright, P.C.
505 North 20th Street
Ste. 1500
Birmingham, AL 35203

an answer to the complaint which is served on you with this summons, within _____30_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett                                          2/8/07

CLERK                                                      DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Middle__ District of __Northern Division__

Bernice Brownfield

V.

GUIDANT CORPORATION AND GUIDANT SALES CORPORATION

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:07 CV 118-WHA

TO: (Name and address of Defendant)

Guidant Sales Corporation
c/o CSC LAWYERS INCORPORATING SVC INC
150 SOUTH PERRY ST
MONTGOMERY, AL 36104

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Kathryn S. Harrington
Hollis & Wright, P.C.
505 North 20th Street
Ste. 1500
Birmingham, AL 35203

an answer to the complaint which is served on you with this summons, within ___30___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett
CLERK

(By) DEPUTY CLERK

DATE 2/8/07