

CORPORATION SERVICE COMPANY

# Return of Service of Process

LGR
Transmittal Number: 4998336

Return to Sender Information:

Kathryn S. Harrington
Hollis & Wright PC
505 North 20th Street
Ste. 1500
Birmingham, AL 35203

| | |
|---|---|
| Date: | 02/09/2007 |
| Entity: | Guidant Corporation |
| Title of Action: | Bernice Brownfield vs. Guidant Corporation |
| Court: | United States District Court, Middle District, Northern Division, Alabama |
| Case Number: | 2:07cv118-WHA |

Service of Process has been received from you on behalf of one of the defendants named in the above action.

The service of process received from you is being returned. We cannot receive this service as registered agent due to the reason(s) listed below.

Because two different companies can have very similar names, the name of the company for whom service is directed MUST BE IDENTICAL to the company name on file with the Secretary of State, or other appropriate state agency.

Our client records are confidential. We do not release any information on our clients, agent representation or service received. We suggest you contact the Secretary of State, or other appropriate agency, for more information.

2711 Centerville Road   Wilmington, DE 19808
(888) 690-2882   |   sop@cscinfo.com