**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

February 21, 2007

NOTICE OF REASSIGNMENT

To:   All Counsel of Record

Re: Brownfield v. Guidant Corporation et al
Civil Action No. 2:07-cv-00118-WHA

The above-styled case has been reassigned to Judge Ira De Ment.

Please note that the case number is now 2:07-cv-00118-ID.  This new case number should be used on all future correspondence and pleadings in this action.