IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **BERNICE BROWNFIELD,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| v. | ) Civil Action No. 2:07cv118-ID |
| | ) |
| **GUIDANT CORP., et al.,** | ) |
| | ) |
|     **Defendants.** | ) |

**ORDER**

Upon CONSIDERATION of Defendants' joint motion to stay (Doc. No. 6), which is unopposed by Plaintiff, and for good cause shown, it is ORDERED that said motion be and the same is hereby GRANTED and that all proceedings in this case are hereby STAYED pending a decision by the Judicial Panel on Multidistrict Litigation in the District of Minnesota on whether this case should be transferred to that panel pursuant to 28 U.S.C. § 1407.

DONE this 22nd day of February, 2007.

                                            /s/ Ira DeMent
                                          SENIOR UNITED STATES DISTRICT JUDGE