| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X | ☐ Agent<br>☐ Addressee |
| 1. Article Addressed to:<br><br>Guidant Corporation<br>111 Monument Circle<br>29th Floor<br>Indianapolis, IN 46204 | B. Received by (Printed Name) | C. Date of Delivery |
| | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>4 CV 118 *illegible* | |
| | 3. Service Type<br>☑ Certified Mail ☐ Express Mail<br>☐ Registered ☑ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D. | |
| | 4. Restricted Delivery? (Extra Fee) ☐ Yes | |
| 2. Article Number<br>(Transfer from service label) | 7005 1820 0003 6458 4809 | |

Postmark: INDIANAPOLIS, IN, FEB 26 2007, 46204

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540