

A CERTIFIED TRUE COPY
MAR 16 2007
ATTEST
FOR THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FEB 28 2007

FILED
CLERK'S OFFICE

DOCKET NO. 1708

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

*IN RE GUIDANT CORP. IMPLANTABLE DEFIBRILLATORS PRODUCTS LIABILITY LITIGATION*

*Bernice Brownfield v. Guidant Corp., et al.,* M.D. Alabama, C.A. No. 2:07-118    07-1580
*Luther Cook v. Guidant Corp., et al.,* S.D. Alabama, C.A. No. 2:07-95    07-1581
*Kyla Palacio, et al. v. Guidant Corp., et al.,* E.D. New York, C.A. No. 1:07-672    07-1582

### CONDITIONAL TRANSFER ORDER (CTO-26)

On November 7, 2005, the Panel transferred four civil actions to the United States District Court for the District of Minnesota for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 398 F.Supp.2d 1371 (J.P.M.L. 2005). Since that time, 363 additional actions have been transferred to the District of Minnesota. With the consent of that court, all such actions have been assigned to the Honorable Donovan W. Frank.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of Minnesota and assigned to Judge Frank.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the District of Minnesota for the reasons stated in the order of November 7, 2005, and, with the consent of that court, assigned to the Honorable Donovan W. Frank.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Minnesota. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Certified printed copy in 1 sheet(s)
of the record filed on 3/20/07
in the United States District Court
for the District of Minnesota.
March 23, 2007
RICHARD D. SLETTEN
Shirley Hansen
Deputy Clerk

SCANNED
MAR 20 2007
U.S. DISTRICT COURT MPLS

Inasmuch as no objection is pending at this time, the stay is lifted.

MAR 16 2007

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

April 2, 2007

Richard D. Sletten, Clerk
US.District Court
District of Minnesota
300 S. Fourth Street., Room 202
Minneapolis, MN 55415


Re:  MDL 1708-- In re Guidant Corp. Implantable Defibrillators
     Products Liability Litigation

Case No. 2:07-cv-00118-ID - Brownfield v. Guidant Corporation et al


Dear Mr. Sletten:

Please find enclosed a certified copy of the complaint, together with certified copies of the docket entries in the above-styled case.  This case is being transferred to your court pursuant to Conditional Transfer Order entered by the Judicial Panel on Multi-District Litigation on 2/28/07.

Please acknowledge receipt of same by returning to us the enclosed copy of this letter.

                                        Sincerely,


                                        DEBRA P. HACKETT, CLERK

                                        By:
                                           Von Austin
                                           Deputy Clerk

DPH/vma

Enclosures

cc:  File
     All counsel of record