# UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

# NOTICE OF CORRECTION

**From:    Clerk's Office**

**Case Style:  Brownfield v. Guidant Corporation et al**

**Case Number:    2:07-cv-00118-ID**

**Referenced Pleading:   Receipt of MDL transfer order  - Doc. 10**

**This Notice of Correction was filed in the referenced case this date to correct the PDF documents attached to this notice.  Please see the correct PDF documents to this notice.**



A CERTIFIED TRUE COPY

MAR 16 2007

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FEB 2 8 2007

FILED
CLERK'S OFFICE

*DOCKET NO. 1708*

## *BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

### *IN RE GUIDANT CORP. IMPLANTABLE DEFIBRILLATORS PRODUCTS LIABILITY LITIGATION*

*Bernice Brownfield v. Guidant Corp., et al.*, M.D. Alabama, C.A. No. 2:07-118  ⌐ 7-r58 ̄0
*Luther Cook v. Guidant Corp., et al.*, S.D. Alabama, C.A. No. 2:07-95  ⌐7·1581
*Kyla Palacio, et al. v. Guidant Corp., et al.*, E.D. New York, C.A. No. 1:07-672  ⌐7-158 ̄2

### *CONDITIONAL TRANSFER ORDER (CTO-26)*

On November 7, 2005, the Panel transferred four civil actions to the United States District Court for the District of Minnesota for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 398 F.Supp.2d 1371 (J.P.M.L. 2005). Since that time, 363 additional actions have been transferred to the District of Minnesota. With the consent of that court, all such actions have been assigned to the Honorable Donovan W. Frank.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of Minnesota and assigned to Judge Frank.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the District of Minnesota for the reasons stated in the order of November 7, 2005, and, with the consent of that court, assigned to the Honorable Donovan W. Frank.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Minnesota. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

A CERTIFIED TRUE COPY

MAR 16 2007

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Inasmuch as no objection is
pending at this time, the
stay is lifted.

MAR 1 6 2007

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

a true certified copy in 1  sheet(s)
... record filed o... 3/20/07
... United States Distric... ourt
... Distict of Minne...ta.
... 11arch 23 , 2007.
RICHARD D. SLETT...
... uty Clerk

SCANNED
MAR 2 0 2007
U.S. DISTRICT COURT MPLS

1512

# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF ALABAMA

### OFFICE OF THE CLERK

### POST OFFICE BOX 711

### MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

April 2, 2007

Richard D. Sletten, Clerk
US.District Court
District of Minnesota
300 S. Fourth Street., Room 202
Minneapolis, MN 55415


Re:  MDL 1708-- In re Guidant Corp. Implantable Defibrillators
     Products Liability Litigation

Case No. 2:07-cv-00118-ID - Brownfield v. Guidant Corporation et
al


Dear Mr. Sletten:

Please find enclosed a certified copy of the complaint, together
with certified copies of the docket entries in the above-styled
case.  This case is being transferred to your court pursuant to
Conditional Transfer Order entered by the Judicial Panel on
Multi-District Litigation on 2/28/07.

Please acknowledge receipt of same by returning to us the
enclosed copy of this letter.

                          Sincerely,


                          DEBRA P. HACKETT, CLERK

                     By:
                          Von Austin
                          Deputy Clerk

DPH/vma

Enclosures

cc:  File
     All counsel of record